# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv253

| | |
|---|---|
| DANIEL DIPPEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PHILLIPS PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon completion of the calendared Initial Pretrial Conference on August 20, 2009. As instructed, counsel for the respective parties met and resolved a number of issues. The court has, however, reserved the issue of whether discovery will be allowed in this ERISA case until such time as issues join and the court reviews the terms of the benefits plan.

## ORDER

**IT IS, THEREFORE, ORDERED** that:

(1) plaintiff is granted leave to amend his Complaint and file such by September 14, 2009; and

(2) defendant(s) file their Answer or other responsive pleading not later than October 2, 2009, and the Administrative Record by October 17, 2009.

Signed: August 20, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge