**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv253**

| | | |
|---|---|---|
| **DANIEL DIPPEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **PHILIPS PRODUCTS, INC., PHILIPS PRODUCTS** | ) | |
| **SEVERANCE PLAN for SALARIED EMPLOYEES,** | ) | |
| **and RONALD MASON,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

  **THIS MATTER** is before the Court on the parties' Agreement to

Mediate and Designation of Mediator [Doc. 22].

  No scheduling order has yet been entered in this matter.  In view of

the parties' agreement to mediate, the Court will enter a scheduling order

that includes a schedule for such mediation.  This case being brought

under ERISA, it is the expectation of the Court that the matter can be

disposed of on summary judgment motions based upon the administrative

record.

  **IT IS, THEREFORE, ORDERED** that on or before sixty (60) days

from entry of this Order, the parties shall conduct mediation and shall file a report of the outcome thereof in the record on or before seven (7) days thereafter.

**IT IS FURTHER ORDERED** that in the event mediation is unsuccessful, the Plaintiff shall file a motion for summary judgment on or before forty-five (45) days from the date of filing of the mediation report. The Defendant may file response and/or a cross-motion for summary judgment on or before forty-five (45) days from the filing of the Plaintiff's motion.

**IT IS FURTHER ORDERED** that briefs in support of motions may not exceed twenty-five (25) double-spaced pages in length in size fourteen (14) font.

Signed: January 26, 2010

Martin Reidinger
United States District Judge